# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS OTTUM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DIAMOND CENTRAL, LLC,<br><br>    Defendant. | Case No. 1:23-cv-00499<br><br><u>Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i)</u> |

Plaintiff Chris Ottum hereby gives notice under Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal with prejudice of the above-captioned action. As no class has been certified, the dismissal with prejudice applies to plaintiff's individual claim only.

Dated:      June 12, 2023

**Application Granted**

**SO ORDERED**

**Brooklyn, New York**

**Dated:**   6/13/2023

/s/ Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**

*The Clerk is directed to close this case.*

**HEDIN HALL LLP**

By:    <u>/S/ Arun G. Ravindran</u>
       Arun G. Ravindran

Arun G. Ravindran
aravindran@hedinhall.com
Frank S. Hedin
fhedin@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Telephone:   + 1 (305) 357-2107
Facsimile:    + 1 (305) 200-8801

*Counsel for Plaintiff and the Putative Class*